UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
DEBORAH LAUFER,                                  :
                                                 :
       Plaintiff,                               :    Case No. 3:20-cv-00448-VAB
v.                                               :
                                                 :
441 POST ROAD LLC,                               :
                                                 :
       Defendant.                               :
---------------------------------------------------------------x    NOVEMBER 17, 2020

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Defendant, 441 Post Road LLC, through its undersigned counsel, hereby submits this Notice of Supplemental Authority in further support of its pending Motion to Dismiss (ECF No. 21) to inform the Court of the recent decisions in the cases Laufer v. Ft. Meade Hospitality, LLC, No. 8:20-CV-1974-PX, 2020 WL 6585955 (D. Md. Nov. 10, 2020), and Laufer v. Mann Hospitality, LLC, No. A-20-CV-00620-JRN, 2020 WL 6018945 (W.D. Tex. Sept. 30, 2020).

Each case involves actions brought by Deborah Laufer, the same Plaintiff in the present action, and consider claims and issues nearly identical to those before this Court. In Ft. Meade Hospitality, LLC the Court denied the Plaintiff's motion for a default judgment and instead dismissed her claim for lack of jurisdiction because the Plaintiff failed to plausibly allege that she suffered an injury that was sufficiently particularized, concrete and imminent. Ft. Meade Hospitality, LLC, 2020 WL 6585955, at *4. Similarly, in Mann Hospitality, LLC the Court granted the defendant's motion to dismiss under

Rule 12(b)(1) because the Plaintiff failed to demonstrate an actual or imminent injury that is not merely conjectural or hypothetical.  Mann Hospitality, LLC, 2020 WL 6018945, at *5.

        THE DEFENDANT,
        441 POST ROAD LLC


By:     /s/ Nicholas P. Vegliante
    Melvin A. Simon, Esq.
    Federal Bar No.: ct05248
    Nicholas P. Vegliante, Esq.
    Federal Bar No.: ct28449
    Cohn Birnbaum & Shea P.C.
    100 Pearl Street. 12th Floor
    Hartford, CT  06103
    Telephone: (860) 493-2200
    Facsimile: (860) 727-0361
    E-mail:  msimon@cbshealaw.com
        nvegliante@cbshealaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------------x
**DEBORAH LAUFER,** :
:
              **Plaintiff,** :     Case No. 3:20-cv-00448-VAB
**v.** :
:
**441 POST ROAD LLC,** :
:
              **Defendant.** :
------------------------------------------------------------------x

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of November, 2020, a copy of the foregoing Notice of Supplemental Authority was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                         */s/ Nicholas P. Vegliante*
                                                         Nicholas P. Vegliante

203107v2/06150-004